UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John (Jack) Nethercott,

Plaintiff,

vs.

Tyco Electronic Corporation, a Pennsylvania Corporation, Tyco International LTD, a Bermuda based corporation and Ray Horner, in his individual capacity,

Defendants.

Case Number: 01-781 (DSD/SRN)

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that the Defendant Tyco Electronic Corporation may have up to and including August 8, 2001, to file an answer in this matter and further request the Court to enter an order pursuant to this Stipulation.

Dated: July 13, 2001

HEIKENS LAW FIRM

Steve G. Heikens (#124394)
10 South Fifth Street
700 Lumbar Exchange Building
Minneapolis, MN 55402
(612) 305-4384

Dated: July 13, 2001

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#139804)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

It is hereby ordered that Defendant Tyco Electronic Corporation shall have up to and including August 8, 2001, to answer Plaintiff's Complaint in this matter.

Dated this 16th day of July, 2001.

BY THE COURT:

Susan Richard Nelson

The Honorable Susan R. Nelson
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500