AUG. 21. 2001 5:59PM JLSK NO. 6023 P. 3

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John (Jack) Neithercott,

Plaintiff,

vs.

Tyco Electronics Corporation, a Pennsylvania Corporation, Tyco International LTD, a Bermuda based corporation and Ray Horner, in his individual capacity,

Defendants.

Case Number: 01-781 (DSD/SRN)

**STIPULATION FOR AN ORDER DISMISSING TYCO INTERNATIONAL, LTD. AND AMENDING CAPTION OF CASE**

The parties, through their respective counsel, hereby stipulate and request the Court enter an order dismissing Tyco International, Ltd., a Bermuda based corporation, from the case without prejudice and ordering the caption of the case to read: "John (Jack) Neithercott, Plaintiff v. Tyco Electronics Corporation, a Pennsylvania Corporation and Ray Horner, in his individual capacity, Defendants."

Dated: August 21, 2001

HEIKENS LAW FIRM

Steve G. Heikens (#124394)
10 South Fifth Street
700 Lumbar Exchange Building
Minneapolis, MN 55402
(612) 305-4384

Dated: ~~August~~ Sept. 5, 2001

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#139804)
Natalie I. Wyatt-Brown (#260757)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

FILED 9-12-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

**ORDER**

That based upon the foregoing Stipulation, **IT IS SO ORDERED.**

Dated: September 12, 2001

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

David S. Doty, Judge
United States District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500