**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**John (Jack) Neithercott,**

**Plaintiff,**

**v.**

**Tyco Electronic Corporation, a Pennsylvania Corporation, and Ray Horner, in his individual capacity,**

**Defendants.**

**Civil No. 01-781 (DSD/SRN)**

**ORDER**

---

The above-captioned matter came before the Honorable Magistrate Judge Susan Richard Nelson, on the 6th day of February, 2002 pursuant to the Defendants' Motion for Leave to File a Supplemental Memorandum Supporting Defendants' Motion to Compel Discovery.

Based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

Defendants' Motion For Leave to File a Supplemental Memorandum Supporting Defendants' Motion to Compel Discovery is **GRANTED**. Defendants will file that memorandum on or before February 13, 2002.

Dated: February 6, 2002.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FEB 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK